■ JOSEPH DAVIS, Respondent, v. LYNDEL CORP. et al., Appellants, et al., Defendants.— Motion by plaintiff to dismiss the appeal of the defendant, United Parcel Service of New York, Inc., denied, without prejudice to such action as plaintiff may be advised with respect to vacating the stipulation

between him and said defendant, discontinuing the action as to it (see *Davis v. Lyndel Corp.*, 16 A D 2d 802). Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.